UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEATHER STICHT | : | |
|     *Plaintiff*, | : | |
| | : | |
| V. | : | Civil Action No.: 3:20-cv-01550 (VAB) |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
|     *Defendant.* | : | May 15, 2023 |

## PLAINTIFF'S AMENDED FURTHER BRIEF RE DISCOVERY

After the parties briefed the pending discovery issue, *see* Doc. ## 95, 97 and 98, Wells Fargo served Plaintiff with "Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)" (May 9, 2023), in which it identified a witness who would testify that Wells Fargo's conduct made no difference to Ms. Sticht: the terms of the mortgage modification that Wells Fargo apologized for not offering her would be insignificantly different from the terms of her then-current mortgage. No doubt Wells Fargo now claims that Ms. Sticht suffered no damages from its conduct.

This disclosure opens a new front in this case: Wells Fargo had previously sent Ms, Sticht a payment in order, as it said, "to help make up for [her] financial loss." (A copy of the letter is attached.) Now Wells Fargo says that there was no loss to make up for. Plaintiff must probe that assertion. As a result, Plaintiff can no longer confidently say that the necessary 30(b)(6) deposition "could be completed in one day," Doc. #97, at 3, but she reconfirms that it will be conducted reasonably.

1

PLAINTIFF

By /s/ David N. Rosen
David N. Rosen ct00196
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 787-1605 fax
drosen@davidrosenlaw.com