**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HEATHER STICHT | : | |
|     *Plaintiff*, | : | |
| | : | |
| V. | : | Civil Action No.: 3:20-cv-01550 (VAB) |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
|     *Defendant.* | : | |

**CONSENT MOTION TO STAY DISCOVERY**

Plaintiff moves on consent to stay discovery in this case while the parties engage in settlement negotiations. The parties have requested referral to a Magistrate Judge for the purpose of conducting settlement negotiations and believe it would therefore be appropriate to pause the litigation for the duration of the negotiations.

Dated June 14, 2023                                           PLAINTIFF

                                                               By /s/ David N. Rosen
                                                              David N. Rosen ct00196
                                                               David Rosen & Associates, P.C.
                                                               400 Orange Street
                                                               New Haven, CT 06511
                                                               (203) 787-3513
                                                               (203) 787-1605 fax
                                                               drosen@davidrosenlaw.com