## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEATHER STICHT | : | |
|     Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No.: 3:20-cv-01550 (VAB) |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
|     Defendant. | : | August 1, 2023 |

## MOTION FOR PERMISSION TO ALLOW
## APPEARANCE OF VISITING ATTORNEYS

Plaintiff moves pursuant to Local Civil Rule 83.1(d) to permit Nicholas Heath Wooten and Rusty Payton to appear as visiting attorneys on her behalf. Attorneys Wooten and Payton, representing the plaintiffs, have just resolved a case before Chief Judge Pallmeyer in the Northern District of Illinois involving the same issues that are involved in this case: *Maxwell v. Wells Fargo Bank, N.A.*, C.A. No. 1:20-cv-02402. Because of their experience in that case, which was defended by the same counsel who are defending this case, granting this motion will advance, not delay, the progress and just resolution of this case.

In support of this motion Plaintiff submits the attached affidavits of Attorneys Wooten and Payton.

                                                                                                    THE PLAINTIFF

                                                                                                    /s/ David N. Rosen
                                                                                        David N. Rosen, Juris No. CT00196
                                                                                        David Rosen & Associates, P.C.
                                                                                        400 Orange Street
                                                                                        New Haven, CT 06511
                                                                                        (203) 787-3513
                                                                                        (203) 787-1605 fax
                                                                                        drosen@davidrosenlaw.com