# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEATHER STICHT | : | |
| *Plaintiff,* | : | |
| | : | |
| V. | : | Civil Action No.: 3:20-cv-01550 (VAB) |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| *Defendant.* | : | July 28, 2023 |

## AFFIDAVIT OF VISTING ATTORNEY RUSTY A. PAYTON

I, **Rusty A. Payton** make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(d):

a.  My office information is:

| | |
|---|---|
| Firm | DC Law, PLLC |
| Address | 20 N. Clark Street, Suite 3300, Chicago, Illinois 60602 |
| Phone Number | 773-682-5210 |
| Fax | 512-220-1801 |
| Email | rusty@chicagojustice.com |

b.  I am a member of the bar of the following court(s), and I include the corresponding bar identification numbers.  Where no number is shown, I have not been assigned a bar identification number:

- Supreme Court of Illinois, bar number 6201771
- United States District Court for the Northern District of Illinois.
- United States Court of Appeals for the Seventh Circuit

c.  I have no pending disciplinary complaints and have had no complaints as to which a finding has been made that such complaint should proceed to a hearing. In 2007 I was censured by agreement related to misstating facts to a client regarding the status of a

1

real estate tax assessment appeal.

d. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before any court.

e. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

f. I designate Attorney David N. Rosen as my sponsoring attorney in this Court and agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.l(d), to include matters involving grievances filed against me and matters of attorney discipline that relate thereto.

g. Upon admission under this rule, I will promptly file with the Clerk of Court a certificate of good standing from Illinois, the court of the state in which I have my primary office.

h. I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this 28 day of July, 2023.

Signed: _____

Printed Name: **Rusty A. Payton**