1.   Nicholas ("Nick") Heath Wooten is employed by DC Law, PLLC, 1012 West Anderson Lane, Austin, Texas 78732 as the partner in charge of consumer litigation. The Firm's phone number is 512-220-1800. Our fax number is 512-220-1801. My email address is nick@texasjustice.com.

2.   Nick Wooten is a member in good standing of the following Courts:

   - The Supreme Court of Alabama, May 1998. Bar number 1870O77N.
   - The Supreme Court of Colorado, October 2021. Bar number 56448.
   - The Supreme Court of Texas, April 2022. Bar number 24128762.
   - The United States Supreme Court admitted March 2020.
   - The Seventh Circuit Court of Appeals, March 2019.
   - The Eleventh Circuit Court of Appeals, May 1998.
   - The Trial Bar and General Bar for the Northern District of Illinois December 2014.
   - The Southern District of Illinois, 2020.
   - The Southern District of Indiana, 2018.
   - The Western District of Texas, 2023.
   - All United States District Courts for Alabama, 1998.
   - All United States Bankruptcy Courts for Alabama, 1998.
   - The Northern District of Florida, 2009 (est.).
   - The Bankruptcy Court for the Northern District of Florida, 2009 (est).

   - Additionally, at various times I have been admitted Pro Hac Vice in State Courts in New York (2009), Kentucky (2009), Ohio (2008), Arkansas (2018), Georgia (2014), Illinois (2018) and Florida (2010).

   - I have also been granted Pro Hac Vice admission in Bankruptcy Courts in Delaware (2014), the Eastern District of New York (2011), the Southern District of New York (2008), the Northern District of Mississippi (2010), the Middle District of Louisiana (2008) and the Eastern District of Arkansas (2014).

   - I have also been granted Pro Hac Vice Admission in the United States District Court for Kansas (2013) and both the Eastern and Western Divisions of the United States District Court for Arkansas (2014).